The Exchange National Bank of Tulsa, Respondent, v. James G. Lyons, Appellant.— Order unanimously affirmed, with twenty dollars costs and disburse-

ments. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.